THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David J. Gibson,       
Appellant.
 
 
 

Appeal From Orangeburg County
Luke N. Brown, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-526
Submitted July 1, 2003  Filed September 
 2, 2003  

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Assistant Attorney General Elizabeth McMahon, all of Columbia; and Solicitor 
 J. Walter M. Bailey, of Summerville; for Respondent.
 
 
 

PER CURIAM:  David J. Gibson appeals his 
 conviction for possession of crack cocaine.  Gibsons appellate counsel has 
 petitioned to be relieved as counsel, stating he has reviewed the record and 
 has concluded Chestnuts appeal is without merit.  The issue briefed by counsel 
 concerns whether the circuit court erred in allowing the State to reopen its 
 case for the sole purpose of introducing the crack cocaine allegedly found on 
 Gibson.  Gibson has not filed a pro se brief.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Gibsons 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, BEATTY, and KITTREDGE, JJ., concur

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.